STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JOSE VLADAMIR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                          )<br>                   Plaintiff,                   )<br>                                                          )<br>         v.                                           )<br>                                                          )<br>                                                          )<br>JOSE VLADAMIR ORTIZ,                )<br>                                                          )<br>                   Defendant.             ) | No. CR 15-00212 JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CHANGE OF PLEA;  EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for Jose Vladamir Ortiz, currently scheduled for June 5, 2015, at 9:30 a.m., may be continued one week to June 12, 2015, at 9:30 a.m. for change of plea.  The reason for the request is that defense counsel is unavailable after 10:30 a.m.  Continuing the matter for one week will ensure that counsel can be present with Mr. Ortiz during the change of plea.

IT IS FURTHER STIPULATED THAT the time from June 5, 2015, to June 12, 2015, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation so that defense counsel can be

1  present during the change of plea and answer his questions during the proceedings.

2  DATED: 5/28/15                    /s/
                                     JOYCE LEAVITT
3                                    Assistant Federal Public Defender

4  DATED: 5/28/15                    /s/
                                     KATIE BURROUGHS MEDEARIS
5                                    Assistant United States Attorney

6

7      I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all
8  signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date for Jose Ortiz, currently scheduled for June 5, 2015, is continued to June 12, 2015, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from June 5, 2015, to June 12, 2015, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation of counsel taking into consideration due diligence so that defense counsel can be present during the change of plea and answer questions, as well as advise Mr. Ortiz during the proceedings. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: May 28, 2015                  _____
                                     HON. JON S. TIGAR
                                     United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

U S v. Jose Ortiz CR 15-00212 JST; Stip re
Change of Plea Date; Exclusion of Time        - 2 -