1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney

5

6       1301 Clay Street, Suite 340S
        Oakland, California 94612

7       Telephone: (510) 637-3680
        FAX: (510) 637-3724

8       katie.medearis@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,          )  Case No.15-CR-00212-JST
                                      )
15          Plaintiff,                )
                                      )  STIPULATION AND [PROPOSED] ORDER
           v.                         )  CONTINUING SENTENCING FROM OCTOBER
16                                    )  2, 2015 TO NOVEMBER 6, 2015
                                      )
17 JOSE VLADAMIR ORTIZ,              )
                                      )
18          Defendant.                )
   _____)

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Defendant Jose Ortiz (hereafter, the "Defendant") is presently set for sentencing in the above-referenced matter on October 2, 2015.  Defense counsel has raised a number of objections to the Presentence Report prepared by U.S. Probation Officer Charlie Mabie.  The Government has conferred with defense counsel and believes additional time to allow for the review of and discussion regarding additional discovery may resolve one or more of the objections.  In an effort to streamline sentencing, the parties hereby request additional time to investigate the possibly of resolving these objections and ask the Court to reschedule the Defendant's sentencing to November 6, 2015.   The parties have also confirmed the availability of U.S. Probation Officer Mabie on such date.  Based on the good cause described above, the parties make their request to allow for effective preparation of counsel and in the interests of justice.

IT IS SO STIPULATED.

DATED: September 25, 2015

_____/s/_____
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney


_____/s/_____
JOYCE LEAVITT
Counsel for Jose Ortiz

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*U.S. v. ORTIZ*

1          [PROPOSED] ORDER

2          For the reasons stated by the parties, the Court finds that the aforementioned request is supported

3    by good cause and hereby reschedules the sentencing of defendant Jose Vladamir Ortiz from October 2,

4    2015 to November 6, 2015.

5          IT IS SO ORDERED.

6

7    Dated: September 29, 2015

8                                                              _____
                                                              HONORABLE JON S. TIGAR
9                                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*U.S. v. ORTIZ*