1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   KATIE BURROUGHS MEDEARIS (CABN 262539)
    Assistant United States Attorney

5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        katie.medearis@usdoj.gov

8

9   Attorneys for United States of America

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14  UNITED STATES OF AMERICA,            )   Case No.15-CR-00212-JST
                                         )
15          Plaintiff,                   )
                                         )   STIPULATION AND [PROPOSED] ORDER
16      v.                               )   CONTINUING SENTENCING FROM
                                         )   NOVEMBER 6, 2015 To JANUARY 8, 2016
17  JOSE VLADAMIR ORTIZ,                 )
                                         )
18          Defendant.                   )
                                         )

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*U.S. v. ORTIZ*

1

**STIPULATION**

2       Defendant Jose Ortiz (hereafter, the "Defendant") is presently set for sentencing in the above-

3 referenced matter on November 6, 2015.  Defense counsel has raised a number of objections to the

4 Presentence Report prepared by U.S. Probation Officer Charlie Mabie.  The Government provided new

5 discovery to defense counsel in hopes of resolving the objections.  At present, Defendant is unwilling to

6 withdraw the objections.  As such, the sentencing in this matter will be less straightforward and the

7 parties request additional time to prepare sentencing memorandums.  To allow time to do so, the parties

8 respectfully ask the Court to reschedule the matter to January 8, 2016.   The parties have also alerted

9 U.S. Probation Officer Mabie to their requested continuance.  Based on the good cause described above,

10 the parties make their request to allow for effective preparation of counsel and in the interests of justice.

11       IT IS SO STIPULATED.

12 DATED: November 4, 2015

13

14                                                    _____/s/_____
                                                     KATIE BURROUGHS MEDEARIS
15                                                   Assistant United States Attorney

16

17
                                                     _____/s/_____
18                                                   JOYCE LEAVITT
                                                     Counsel for Jose Ortiz
19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*U.S. v. ORTIZ*

1

## [PROPOSED] ORDER

2      For the reasons stated by the parties, the Court finds that the aforementioned request is supported

3  by good cause and hereby reschedules the sentencing of defendant Jose Vladamir Ortiz from November

4  6, 2015 to January 8, 2016.

5      IT IS SO ORDERED.

6

7  Dated: November 4, 2015

8  _____
   HONORABLE JON S. TIGAR
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*U.S. v. ORTIZ*