BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7027
    Email: Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00212 JST |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FROM JANUARY 8, 2016 TO JANUARY 14, 2016 |
| JOSE ORTIZ, | |
|     a/k/a Jose Vladimir Ortiz, | |
|     a/k/a Jose Nevarez, | |
|     a/k/a Miguel Perez, | |
|     Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The defendant Jose Ortiz (hereafter, the "defendant") is presently set for sentencing in the above-referenced matter in Oakland on January 8, 2016. The government received the defense sentencing memorandum on Tuesday, January 5, 2016 at 4:59 p.m., and respectfully requests a short continuance in order to draft a reply to issues raised in that pleading. The defense attorney, Joyce Leavitt, who was unaware that the government had not been served with the sentencing memorandum at the time that it was filed, has no objection to this continuance request.

2. After consulting with the Court's courtroom deputy, the parties now respectfully request

1  a short continuance to Thursday, January 14, 2016, for sentencing, to allow the government to file a
2  reply to the defense sentencing memorandum.
3      3.    The parties now formalize their request for a continuance of this matter to January 14,
4  2016 at 9:30 a.m. in San Francisco for sentencing.  Based on the good cause described above, the parties
5  make this request to allow for effective preparation of counsel and in the interests of justice.
6      IT IS SO STIPULATED.

8  DATED: January 6, 2016                         BRIAN J. STRETCH
                                                  Acting United States Attorney

10                                                      /s/
                                                  MICHAEL MAFFEI
11                                                Assistant United States Attorney

13  DATED: January 6, 2016

15                                                      /s/
                                                  JOYCE LEAVITT
16                                                Counsel for the Defendant

19                          **[PROPOSED] ORDER**
20      For the reasons stated by the parties, the Court finds that the aforementioned request is supported
21  by good cause and hereby reschedules the sentencing of defendant Jose Ortiz from January 8, 2016 in
22  Oakland, to Thursday, January 14, 2016, at 9:30 a.m. in San Francisco.
23      IT IS SO ORDERED.

25  DATED: January 6, 2016                        _____
                                                  HONORABLE JON S. TIGAR
26                                                United States District Judge

STIP. AND ORDER CONTINUING SENTENCING     2
CR 15-00212 JST